# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernadette Chavez,<br><br>  Plaintiff,<br><br>vs.<br><br>Account Control Technology, Inc.,<br><br>  Defendant. | No. CV10-0230 PHX-DGC<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **May 27, 2010** without further leave of Court.

DATED this 27th day of April, 2010.

David G. Campbell
United States District Judge